F I L E D
Clerk
District Court

JAN 23 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No.: CR 08 - 00004 |
| Plaintiff, | COMPLAINT |
| v. | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>Distribution of a Controlled Substance<br>(Counts 1 - 3) |
| HUANG, Tian Yun | |
| Defendant. | |

On information and belief, as stated in the supporting Affidavit, the undersigned states:

### COUNT 1

(Distribution of a Controlled Substance)

That on or about January 9, 2008, in the District of the Commonwealth of the Northern Mariana Islands, HUANG Tian Yun, the defendant, did knowingly and intentionally distribute a controlled substance, to wit, approximately 0.6 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)(b)(1)(C).

### COUNT 2

(Distribution of a Controlled Substance)

That on or about January 10, 2008, in the District of the Commonwealth of the Northern Mariana Islands, HUANG Tian Yun, the defendant, did knowingly and intentionally distribute a controlled substance, to wit, approximately 0.5 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)(b)(1)(C).

## COUNT 3

(Distribution of a Controlled Substance)

That on or about January 10, 2008, in the District of the Commonwealth of the Northern Mariana Islands, HUANG Tian Yun, the defendant, did knowingly and intentionally distribute a controlled substance, to wit, approximately 0.2 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)(b)(1)(C).

CRAIG N. MOORE
Assistant U.S. Attorney