AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __the Northern Mariana Islands__

UNITED STATES OF AMERICA,
    Plaintiff,
V.

HUANG, TIAN YUN
    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 08 - 00004

FILED
Clerk
District Court

JAN 24 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __HUANG, TIAN YUN__
                                            Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense)

**Distribution of a Controlled Substance (Counts 1-3)**

RECEIVED
JAN 23 2008
U.S. MARSHALS SERVICE-CNMI

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

and in violation of Title ____ United States Code, Section (s) ____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 1-23-08     SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ __NO BAIL__     by __/s/ Alex R. Munson__
                                                       Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01-23-08 | PETER CAMACHO | J. Hall FOR P. CAMACHO |
| DATE OF ARREST | DEA TFO | SDUSM |
| 01-23-08 | | |