# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-08-00004 January 24, 2008
3:30 p.m.

### UNITED STATES OF AMERICA  -vs- HUANG, TIAN YUN

PRESENT:   HON. FRANCES TYDINGCO-GATEWOOD, DESIGNATED JUDGE
           PRESIDING (via Video Conference)
           TINA P. MATSUNAGA, DEPUTY CLERK
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           STEVEN PIXLEY, COURT APPOINTED COUNSEL FOR DEFENDANT
           HUANG, TIAN YUN, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

Defendant appeared with counsel Steven Pixley.  Government was represented by Craig Moore, Assistant U.S. Attorney.  Also present were U.S. Probation Officer, Melinda Brunson and FBI Special Agent, Daniel Holcomb.

Dennis Tse, was sworn as interpreter/translator of the Mandarin language.

Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.  Defendant was advised that he did qualify for Court Appointed counsel and that Attorney Steven Pixley was appointed to represent the defendant.  Attorney Steven Pixley and defendant consented to the video conference hearing.

Assistant U.S. Attorney Craig Moore requested for the detention of the defendant and requested the Court to continue the matter for a detention hearing.  Counsel for defendant had no objection.

Court set the Detention Hearing for Monday, January 28, 2008.  The deputy clerk will notify the parties as to the time of the hearing.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

Adjourned at 3:45 p.m.

/s/Tina P. Matsunaga, Deputy Clerk