LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant U.S. Attorney
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Telecopier: (670) 236-2985

Attorneys for United States of America

F I L E D
Clerk
District Court

JAN 2 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. <u>08-00004</u> |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE DETENTION HEARING; AND ORDER |
| HUANG, Tian Yun, ) | |
| Defendant. ) | |

The parties in the above entitled matter, the United States of America, and the defendant through his counsel, Steven P. Pixley, hereby stipulate and request that the detention hearing set for January 28, 2008 be continued to January 30, 2008 at 1:30 p.m. The reason for the request is that government counsel has a long-standing appointment for dental work that requires several hours and which government counsel has already had to reschedule once. If counsel is unable to keep that appointment, the work will remain unfinished until the dentist's return from off-island at the end of February.

//

//

//

1  //
2  //
3  //
4  SO STIPULATED.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and NMI

_____          _____
Date                             CRAIG N. MOORE
                                Assistant U.S. Attorney

1/25/08                          _____
Date                             STEVEN P. PIXLEY
                                Attorney for Defendant

***ORDER***

IT IS APPROVED AND SO ORDERED that the detention hearing set for January 28, 2008, is continued to January 30, 2008, at 1:30 p.m.

1/28/08                          _____
Date                             DAVID A. WISEMAN
                                Designated Judge

2