ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  CRAIG N. MOORE
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
     MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   TEL: (670) 236-2980
6
   Attorneys for the United States of America
7

RECEIVED

JAN 29 2008

US MARSHALS SERVICE-CNMI

FILED
Clerk
District Court

FEB - 8 2008

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| HUANG, Tian Yun, | ) | |
| Defendant. | ) | |

TO:   Department of Public Safety
      Corrections Facility

   This Court finds that HUANG, Tian Yun is now in the custody of the Department of Public Safety Corrections Facility, and that said prisoner is required to appear before this Court for arraignment and subsequent Prosecution in the above captioned case

   **IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his authorized agent, or any Federal law enforcement agent shall produce HUANG, Tian Yun before this Court on January 30, 2008, at 1:30 p.m., and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to his place of

1 | confinement.
2 |
3 | **SO ORDERED** this 29th day of January, 2008.
4 |
5 |
6 | _____
7 | DAVID J. WISEMAN
  | Designated Judge
  | District Court of Northern Mariana Islands
8 |
9 | SUBMITTED BY:
10 | LEONARDO M. RAPADAS
   | United States Attorney
11 | Districts of Guam and NMI
12 | By:
13 | _____
   | CRAIG N. MOORE
14 | Assistant U.S. Attorney

---

MARSHALS RETURN
I HAVE (PARTIALLY) / EXECUTED THIS Writ AD Pros BY TAKING CUSTODY OF THE WITHIN NAMED Defendant AT USDC NMI ON _____ AND DELIVERING HIM / HER TO THE CNMI DOC FOR FURTHER TRANSFER TO USDC NMI
X 1 day Court

MARSHALS RETURN
I HAVE (PARTIALLY) / EXECUTED THIS Writ AD Pros BY TAKING CUSTODY OF THE WITHIN NAMED Defendant AT USDC NMI ON _____ AND DELIVERING HIM / HER TO THE CNMI DOC FOR FURTHER TRANSFER TO USDC NMI
X 1 day Court

MARSHALS RETURN
I HAVE PARTIALLY / (EXECUTED) THIS Writ AD Pros ... Defendant ... USDC NMI 2/8/08 ... CNMI Dept of Corr ... Federal Detention
local charges dropped in lieu of Federal case

CIDWM #3056
W. CALVERT
USMS, NMI