F I L E D
Clerk
District Court

FEB 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**UNITED STATES DISTRICT COURT**
**DISTRICT of the NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>HUANG, TIAN YUN,<br><br>     Defendant. | Case No.: **CR 08 - 00004**<br><br>**INDICTMENT**<br><br>Violations of 21 U.S.C. §§ 841(a)(1)<br>and (b)(1)(C)<br><br>Distribution of a Controlled Substance<br>(Counts 1 - 3) |

The Grand Jury charges that:

## COUNT 1

(Distribution of a Controlled Substance)

On or about January 9, 2008, in the District of the Commonwealth of the Northern Mariana Islands, HUANG Tian Yun, the defendant, knowingly and intentionally distributed approximately 0.19 grams of d-methamphetamine hydrochloride, a Schedule II controlled substance, in the form commonly known as "ice," in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT 2

(Distribution of a Controlled Substance)

On or about January 10, 2008, in the District of the Commonwealth of the Northern Mariana Islands, HUANG Tian Yun, the defendant, knowingly and intentionally distributed approximately 0.15 grams of d-methamphetamine hydrochloride, a Schedule II controlled substance, in the form commonly known as "ice," in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

1

2
## COUNT 3
(Distribution of a Controlled Substance)

3

On or about January 10, 2008, in the District of the Commonwealth of the Northern

4

Mariana Islands, HUANG Tian Yun, the defendant, knowingly and intentionally distributed

5

approximately 0.05 grams of d-methamphetamine hydrochloride, a Schedule II controlled

6

substance, in the form commonly known as "ice," in violation of 21 U.S.C. §§ 841(a)(1) and

7

(b)(1)(C).

8

9
DATED this 20th day of February, 2008     A TRUE BILL

10

11
_____
Foreperson

12

13

14

15
LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

16

17

18
_____
CRAIG N. MOORE
Assistant United States Attorney

19

20

21

22

23

24

25