# United States District Court

DISTRICT OF ____the Northern Mariana Islands____

UNITED STATES OF AMERICA,

    Plaintiff,

V.

HUANG, TIAN YUN,

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 08 - 00004

FILED
Clerk
District Court

FEB 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____HUANG, TIAN YUN____
                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense)

**Distribution of a Controlled Substance**

in violation of Title __21__, United States Code, Section(s) __841(a)(1) and (b)(1)(C)__
in violation of Title ____, United States Code, Section(s) _____
and in violation of Title ____, United States Code, Section(s) _____

**NO BAIL**
Bail fixed at $_____      by _____[signature]_____
                                             Name of Judicial Officer

**HONORABLE ALEX R. MUNSON**      **UNITED STATES DISTRICT JUDGE**
Name of Issuing Officer                                     Title of Issuing Officer

[signature]          2-20-08    SAIPAN, CNMI
Signature of Issuing officer                    Date and Location

ORIGINAL

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at  USDC  NMI  CNMI Dept of Corrections | | |
| DATE RECEIVED 02-20-08  DATE OF ARREST 02-20-08 | NAME AND TITLE OF ARRESTING OFFICER  W. M. Calvert  CIDUSM #3086 | SIGNATURE OF ARRESTING OFFICER |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____