# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00004                                            February 21, 2008
                                                       10:00 a.m.

### U.S.A. -v- HUANG, TIAN YUN

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           HUANG, TIAN YUN, DEFENDANT
           STEVE PIXLEY, ATTORNEY FOR DEFENDANT

PROCEEDINGS: INITIAL APPEARANCE on INDICTMENT/ARRAIGNMENT

Defendant HUANG appeared with counsel, Attorney Steve Pixley. Government was represented by Craig Moore, AUSA.

**Perry Lo** was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and advised of the charges against him in the indictment and his constitutional rights.

**Arraignment:**

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **MONDAY, MARCH 31, 2008 at 9:00 a.m.** Pretrial motions shall be filed by Thursday, March 6, 2008.

Government moved that **"no bail"** be set at this time and that the defendant be held in custody. Defense had no argument at this time. Court **GRANTED** the Government's motion for "no bail" at this time, without prejudice. Defendant was remanded into the custody of the U.S. Marshal.

                              Adj.10:15 a.m.


                              /s/K. Lynn Lemieux, Court Deputy