F I L E D
Clerk
District Court

MAR 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUANG, TIAN YUN,<br><br>Defendant. | Criminal Action No. 08-00004<br><br><br>Order Re Change of Plea |

Beverly McCallum
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Steven Pixley
Attorney at Law
P.O. Box 501280
Saipan, MP 96950

The Change of Plea for Huang, Tian Yun, scheduled for Friday, March 14, 2008, at 9:00 a.m., is rescheduled to 8:30 a.m. on the same date.

IT IS SO ORDERED.

DATED this 11th day of March, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)