# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00004-001                                                        March 14, 2008
                                                                        8:35 a.m.

### UNITED STATES OF AMERICA -vs- HUANG, TIAN YUN

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURT ROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
           STEVE PIXLEY, ATTORNEY FOR DEFENDANT
           HUANG, TIAN YUN, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA.**

Defendant appeared with court appointed counsel, Attorney Steve Pixley. Government was represented by Beverly McCallum, AUSA.

Perry Lo was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings in the Court.

Court reviewed each of the charges, in the indictment, with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY to all three counts.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the pleas of guilty.

Court ordered a Presentence Investigation Report be submitted by May 13, 2008 and that the **Sentencing hearing be set for Tuesday, June 17, 2008 at 10:00 a.m.**

Defendant was remanded into the custody of the U.S. Marshal.

                                                        Adjourned at 9:30 a.m.


                                                        /s/K. Lynn Lemieux, Courtroom Deputy