F I L E D
Clerk
District Court

MAR 14 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 08-00004-001 |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | SENTENCING DATE |
| HUANG, TIAN YUN, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **May 13, 2008**. Sentencing is scheduled for **Tuesday, June 17, 2008** commencing at the hour of ten o'clock a.m.

DATED this 14th day of March, 2008.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)